IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JACQUELINE L. NEIDIG                                    PLAINTIFF

    vs.            CASE No. 05-2017

WHIRLPOOL CORP.                                         DEFENDANTS

### ORDER

Now on this 2nd day of November, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the parties' Stipulation to Dismiss with Prejudice (#7), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice and with each party to bear their own fees and costs.

   IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge